**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 97-6259**

───────────────

ALBERT JONES,

Plaintiff - Appellant,

versus

MICHAEL MOORE; WILLIAM D. CATOE; GEORGE N.
MARTIN, III; WILLIAM DAVIS; S. HUNTER RENTZ,
Doctor; MARIA BLANDSHAW; DEBORAH T. SMITH;
ROSE MARY MURPHY; JAMES BRYAN; JOHN PATE, JR.,
Doctor,

Defendants - Appellees.

───────────────

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Falcon B. Hawkins, Chief District
Judge.  (CA-96-3101-2-11AJ)

───────────────

Submitted:  August 28, 1997     Decided:  September 16, 1997

───────────────

Before WILKINS, WILLIAMS, and MICHAEL, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Albert Jones, Appellant Pro Se.  James E. Parham, Jr., Columbia,
South Carolina; William Llewellyn Pope, Leroy Free Laney, POPE &
RODGERS, Columbia, South Carolina, for Appellees.

───────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his motion for a preliminary and permanent injunction. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Jones v. Moore, No. CA-96-3101-2-11AJ (D.S.C. Jan. 23, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED